UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Reginald Reynold Barnhill　　　　　　　　　　　　　　Docket No. 7:11-CR-16-1FL

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Reginald Reynold Barnhill , who upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on October 31, 2011, to the custody of the Bureau of Prisons for a term of 75 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

　　Reginald Reynold Barnhill was released from custody on February 22, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted to a urine test on May 19, 2016, which was confirmed positive for cocaine by Alere Laboratories. On the day the test was conducted, Barnhill advised that he was having knee pain and used hydrocodone without a prescription. On May 26, 2016, the defendant acknowledged the validity of the urine test by signing a Waiver of Hearing to Modify Conditions. However, he maintained that he did not wittingly use cocaine and is unsure how the drug got into his system. Nonetheless, as a result of the positive urinalysis, it is recommended the defendant serve two days in jail as a sanction. The defendant will also be referred for substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.


/s/ Robert L. Thornton　　　　　　　　　　　　/s/ David W. Leake
Robert L. Thornton　　　　　　　　　　　　　　David W. Leake
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　2 Princess Street, Suite 308
　　　　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401-3958
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-679-2045
　　　　　　　　　　　　　　　　　　　　　　Executed On: June 2, 2016

**Reginald Reynold Barnhill**
**Docket No. 7:11-CR-16-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __2nd__ day of __June__, 2016 and ordered filed and made a part of the records in the above case.

*/s/ Louise W. Flanagan*
_____
Louise W. Flanagan
U.S. District Judge