UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Reginald Reynold Barnhill**            **Docket No. 7:11-CR-16-1FL**

### Petition for Action on Supervised Release

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Reynold Barnhill, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on October 31, 2011, to the custody of the Bureau of Prisons for a term of 75 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Reginald Reynold Barnhill was released from custody on February 22, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 2, 2016, the court signed a Petition for Action on Supervised Release authorizing the Bureau of Prisons to confine the defendant for a period of 2 days to address his submission of a urine test on May 19, 2016, which was confirmed positive for Cocaine by Alere Laboratories. The 2-day jail term was scheduled for June 25, 2016; however, the defendant was denied admission due to his intoxication. The defendant was sternly admonished by the undersigned officer for this significant lapse in judgment. Given the nature of the denied admission, the Bureau of Prisons will not reschedule the 2-day jail term without a new petition for modification of the Judgment and Commitment Order signed by the court. Therefore, the request for a 2-day jail term to address the failed drug test is renewed. Additionally, the defendant has been referred for substance abuse treatment.

The defendant signed a Waiver agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Reginald Reynold Barnhill**
**Docket No. 7:11-CR-16-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: July 01, 2016

## ORDER OF THE COURT

Considered and ordered this \_\_\_5th\_\_\_ day of \_\_\_July_____, 2016, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge